DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAJSHUN LAMAR CLARK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1401

_____

September 14, 2022

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Lee County; J. Frank Porter, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.